**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMAZENTIS SA and TIMELINE LONGEVITY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 26-14499-MJJ |

**ORDER ON MOTION TO SERVE VIA ALTERNATIVE MEANS**

November 3, 2026

JOUN, D.J.

For the reasons set forth in Plaintiffs' Motion for Leave to Service Additional Domains By Alternative Means, the motion is GRANTED. Because Defendants conduct their activities online through e-commerce platforms that require the use of email addresses, service through a combination of email and electronic publication is reasonably calculated to provide Defendants with notice of this action.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge